UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-00215-SVW-E | Date | March 10, 2023 |
|---|---|---|---|
| Title | Willie Weaver v. California State Prison Lancaster | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

The Court, on January 12, 2023, sent a letter advising the plaintiff that discrepancies existed with the submission of the civil rights complaint.

Plaintiff was granted thirty days to respond to the letter. Plaintiff was advised that failure to respond may result in the dismissal of the case.

To date, plaintiff has failed to respond.

The Court orders the case dismissed.

:

Initials of Preparer     PMC